(COB Form vofailtofieltaxrtrn #210 10/09)

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michael Preston Sedillo

aka(s), if any will be listed on the following page.
Debtor(s)

    Case No.:    20−16443−JGR
    Chapter:    13

### Order Dismissing Case Under 11 U.S.C. § 521(e)

THIS MATTER arises upon the Motion To Dismiss For Debtor's Failure to Provide a Tax Return and Notice of Pending Dismissal of Case pursuant to 11 U.S.C. § 521(e), notice of which was provided to the Debtor(s). The Debtor(s) failed to provide the tax information required by 11 U.S.C. § 521(e) and subsequently failed to provide written verification that the failure to provide such information was due to circumstances beyond the control of the Debtor(s). Accordingly, pursuant to 11 U.S.C. § 521(e) the case is to be dismissed.

ORDERED that the case is dismissed without prejudice; and it is

FURTHER ORDERED that the Clerk shall give notice of this dismissal pursuant to Fed.R.Bankr.P. 2002(f).

Dated: 11/30/20

BY THE COURT:
s/ Joseph G. Rosania Jr.
United States Bankruptcy Judge

**Aliases Page**

**Debtor aka(s):**
aka Mike Sedillo